THE HONORABLE MARSHA J. PECHMAN
Trial Date: Not Set

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SLAUGHTER MOTIN OBET, as Personal Representative of the Estate of Isaiah Obet, and on his own behalf,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF AUBURN, WASHINGTON, and OFFICER JEFFREY NELSON,<br><br>Defendants. | No. 2:20-cv-00883-MJP<br><br>STIPULATION FOR AND ORDER OF DISMISSAL |

**<u>STIPULATION</u>**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs SLAUGHTER MOTIN OBET, as Personal Representative of the Estate of Isaiah Obet, and on his own behalf, and Defendants CITY OF AUBURN, WASHINGTON, and OFFICER JEFFREY NELSON, that all of Plaintiffs' claims against Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

STIPULATION FOR AND ORDER OF DISMISSAL – Page 1
2:20-cv-00883-MJP
1002-01215.1/C20-883 Slaughter Motin Obet et al. v. City of Auburn Order of Dismissal.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: August 24, 2020              LOEVY & LOEVY


　　　　　　　　　　　　　　　　　　　 */s/ David B. Owens*
　　　　　　　　　　　　　　　　　　　DAVID B. OWENS, WSBA #53856
　　　　　　　　　　　　　　　　　　　100 S. King Street, Suite 100
　　　　　　　　　　　　　　　　　　　Seattle, WA 98104
　　　　　　　　　　　　　　　　　　　Ph.: (312) 243-5900
　　　　　　　　　　　　　　　　　　　david@loevy.com


　　　　　　　　　　　　　　　　　　　 */s/ Mariah Garcia*
　　　　　　　　　　　　　　　　　　　MARIAH GARCIA, *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　311 N. Aberdeen St., 3rd FL
　　　　　　　　　　　　　　　　　　　Chicago, IL 60607
　　　　　　　　　　　　　　　　　　　mariah@loevy.com

***Attorneys for Plaintiffs, SLAUGHTER MOTIN OBET, as Personal Representative of the Estate of Isaiah Obet, and on his own behalf***

STIPULATION FOR AND ORDER OF DISMISSAL –
Page 2
2:20-cv-00883-MJP
1002-01215.1/C20-883 Slaughter Motin Obet et al. v. City of Auburn Order of Dismissal.docx

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: August 24, 2020       KEATING, BUCKLIN & McCORMACK, INC., P.S.


 */s/ Andrew Cooley*
ANDREW COOLEY, WSBA #15189
801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
acooley@kbmlawyers.com

CITY OF AUBURN


 */s/ Kendra Comeau*
KENDRA COMEAU, WSBA #44581
HARRY R. BOESCHE, JR., WSBA #29893
25 West Main St.
Auburn, WA 98001
Ph.: (253) 804-3108 / Fax: (253) 931-4007
kcomeau@auburnwa.gov
hboesche@auburnwa.gov

***Attorneys for Defendants, CITY OF AUBURN, WASHINGTON and OFFICER JEFFREY NELSON***

### **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiffs' claims against Defendants CITY OF AUBURN, WASHINGTON, and OFFICER JEFFREY NELSON are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 24th day of August, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

Approved as to form:

STIPULATION FOR AND ORDER OF DISMISSAL –
Page 3
2:20-cv-00883-MJP
1002-01215.1/C20-883 Slaughter Motin Obet et al. v. City of Auburn Order of Dismissal.docx

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

KEATING, BUCKLIN & McCORMACK, INC., P.S.

_/s/ Andrew Cooley_
Andrew Cooley, WSBA #15189

_/s/ Kendra Comeau_
Kendra Comeau, WSBA #44581
Harry R. Boesche, Jr., WSBA #29893

*Attorneys for Defendants City of Auburn, Washington and Officer Jeffrey Nelson*

LOEVY & LOEVY

_/s/ David B. Owens_
David B. Owens, WSBA #53856
Mariah Garcia, *Pro Hac Vice*

*Attorneys for Plaintiffs, Slaughter Motin Obet, as Personal Representative of the Estate of Isaiah Obet, and on his own behalf*

STIPULATION FOR AND ORDER OF DISMISSAL – Page 4
2:20-cv-00883-MJP
1002-01215.1/C20-883 Slaughter Motin Obet et al. v. City of Auburn Order of Dismissal.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423